UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Carlton J. Edwards, individually and
on behalf of all other similarly situated
individuals,

        Plaintiff,

v.                                        Case No. 0:10-cv-02826-MJD-JJK

Multiband Corporation,

        Defendant.

---

**PLAINTIFF'S MOTION FOR CONDITIONAL CLASS CERTIFICATION AND COURT-AUTHORIZED NOTICE**

---

TO:    THE ABOVE NAMED DEFENDANT AND ITS ATTORNEYS OF RECORD.

Plaintiff hereby moves this Court for an Order granting conditional class certification and court-authorized notice pursuant to 29 U.S.C. § 216(b), and requiring Defendant to produce a list of all putative collective class members and their contact information.

In addition to authorizing notice and the identifying contact information, Plaintiff also requests that Defendant be required to post the notice at its various field offices around the country, and the issuance of subsequent send reminder letters before the opt-in deadline to join expires.

The above Motion is based upon all of the files, records, and proceedings in this matter, the supporting memorandum of law to be filed with the Court, all supporting

affidavits and exhibits, and such other points and authorities as may subsequently be presented to the Court.

                              Respectfully submitted,

Dated:  November 5, 2010        NICHOLS KASTER, PLLP

s/ Rachhana T. Srey
Paul J. Lukas, MN Bar No. 22084X
Rachhana T. Srey, MN State Bar No. 340133
4600 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone (612) 256-3200
Fax (612) 215-6870

&

DONATI LAW FIRM, LLP

William B. Ryan, TN Bar # 20269
(*Admitted Pro hac vice*)
Bryce Ashby, TN Bar #026179
(*Admitted Pro hac vice*)
1545 Union Avenue
Memphis, TN 38104
Telephone: (90) 278-1004
Fax: (901) 278-3111


ATTORNEYS FOR PLAINTIFF AND
THOSE SIMILARLY SITUATED