## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Carlton J. Edwards, individually and
on behalf of all other similarly situated          Civil File 0:10-cv-02826-MJD-JJK
individuals,

               Plaintiffs,          **Notice of Consent Filing**

v.

Multiband Corporation

               Defendants.

## NOTICE OF CONSENT FILING

PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiff(s) hereby

file the attached Consent Form(s) for the following person(s):

Corder           Dale

Dated: June 17, 2011         NICHOLS KASTER, PLLP

                          s/Rachhana T. Srey
                          Paul J. Lukas (#22084X)
                          Rachhana T. Srey (#340133)
                          Timothy C. Selander (#0387016)
                          4600 IDS Center
                          80 South 8th Street
                          Minneapolis, MN 55402
                          Telephone: (612) 256-3200
                          Fax: (612) 338-4878
                          lukas@nka.com
                          srey@nka.com
                          tselander@nka.com

                                  *&*

DONATI LAW FIRM, LLP
William B. Ryan, TN Bar # 20269
(*pro hac vice application forthcoming*)
Bryce W. Ashby, TN Bar # 026179
(*pro hac vice application forthcoming*)
1545 Union Avenue
Memphis, TN 38104
Telephone: (901) 278-1004
Fax: (901) 278-3111
billy@donatilawfirm.com
bryce@donatilawfirm.com

ATTORNEYS FOR PLAINTIFF AND THE
PUTATIVE CLASS

## MULTIBAND CORPORATION
## PLAINTIFF CONSENT FORM

I hereby consent to join the lawsuit against Multiband Corporation to assert a claim against it for violations of the Fair Labor Standards Act, 29 U.S.C. § 201, et seq.

During the past three years, there were occasions when I worked over 40 hours per week as an installer/technician through a contracting company for Multiband, and did not receive overtime pay for all of my overtime hours worked.

Date: _____         _____
                              Signature
                              _____
                              Print Name

```
REDACTED
```

Return this form to:   Nichols Kaster, PLLP, Attn: Rachhana T. Srey
                       Fax: (612) 215-6870
                       Email: srey@nka.com
                       Address: 4600 IDS Center, 80 South 8th Street, Minneapolis, MN 55402
                       Web: www.overtimecases.com and www.nka.com

5

```
REDACTED
```